IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RINALDI, :
    Plaintiff :
     : No. 1:17-cv-01089
    v. :
     : (Judge Rambo)
JOHN DOE #1 et al., :
    Defendants :

# ORDER

**AND NOW**, on this 23rd day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute;

2. Defendant's unopposed motion to dismiss or, in the alternative, for summary judgment (Doc. No. 16), is **DEEMED moot**; and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge